AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| AMBROSE, DONETTA W. | US DIST. CT. WEST. DIST. PA | 5/9/2005 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief U. S. District Judge | 5.Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial ___X___ Annual ___ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
|---|---|---|

| 7. Chambers or Office Address 620 U. S. Post Office & Courthouse 700 Grant Street Pittsburgh, PA 15219-1906 | 8.On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions.) | |
| 1 TRUSTEE | YMCA, NEW KENSINGTON, PENNSYLVANIA |
| 2 MEMBER | BOARD OF DIRECTORS – MAGEE WOMEN'S HOSPITAL |
| 3 MEMBER | BOARD OF DIRECTORS – MAGEE WOMEN'S HEALTH FOUNDATION |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| NONE (No reportable agreements.) | |
| 1 2004 | Commonwealth of Pennsylvania Blue Cross/Blue Shield Retired Employee's Health Care Benefit Plan |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 1 2004 | Pennsylvania State Employees Retirement System | $ 21,251 |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 1 2004 | Law Practice | |
| 2 2004 | AIGA | |

RECEIVED 2005 MAY 17 A 9:06 FINANCIAL DISCLOSURE OFFICE

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Residential Rental New Ken, Westmoreland | D | Rent | K | R | | | | | |
| 2 Commercial Rental New Ken, Westmoreland | D | Rent | M | R | | | | | |
| 3 Alleg. Co. US Govt. EFCU | A | Interest | L | T | | | | | |
| 4 Imclone Systems, Inc. Option | C | Div | | | Sell | 5/10 | J | C | |
| 5 Imclone Systems, Inc. Option | | None | | | Sell | 5/24 | None | | Expired |
| 6 Imclone Systems, Inc. Option | | None | | | Sell | 11/22 | None | | Expired |
| 7 Imclone Systems, Inc. Option | | None | | | Sell | 11/22 | None | | Expired |
| 8 Imunogen, Inc. Option | | None | | | Sell | 7/9 | None | | Expired |
| 9 Interdigital Comm | | None | | | Sell | 1/22 | K | D | |
| 10 Interdigital Comm | | None | | | Sell | 3/11 | K | B | |
| 11 Interdigital Comm | | None | | | Sell | 3/11 | J | A | |
| 12 Interdigital Comm | | None | | | Sell | 3/12 | K | B | |
| 13 Interdigital Comm | | None | | | Sell | 3/12 | J | A | |
| 14 Interdigital Comm | | None | | | Sell | 3/12 | J | A | |
| 15 Interdigital Comm Option | | None | | | Sell | 3/11 | None | | Expired |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less E=$15,001-$50,000 F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 |
| --- | --- | --- | --- | --- | --- |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal R=Cost (real estate only) U=Book value | S=Assessment V=Other | T=Cash/Market W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ambrose, Donetta W. | 5/9/2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| *Place "(X)" after each asset exempt from prior disclosure.* | | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | | |
| 16 | Interdigital Comm | | None | | | Sell | 3/25 | J | | |
| 17 | Interdigital Comm | | None | | | Sell | 3/25 | J | | |
| 18 | Interdigital Comm | | None | | | Sell | 3/25 | J | | |
| 19 | Interdigital Comm | | None | | | Sell | 8/11 | J | | |
| 20 | Interdigital Comm | | None | | | Sell | 8/11 | J | | |
| 21 | Interdigital Comm | | None | | | Sell | 8/12 | J | | |
| 22 | Interdigital Comm | | None | | | Sell | 8/12 | J | | |
| 23 | Interdigital Comm | | None | | | Sell | 8/12 | J | | |
| 24 | Interdigital Comm Option | | None | | | Sell | 9/20 | None | | Expired |
| 25 | Interdigital Comm | | None | | | Sell | 11/17 | J | C | |
| 26 | Interdigital Comm | | None | | | Sell | 8/12 | J | | |
| 27 | Interdigital Comm | | None | | | Sell | 8/12 | J | | |
| 28 | Imclone Systems, Inc. Option | | None | | | Sell | 1/20 | None | | Expired |
| 29 | Imclone Systems, Inc. Option | | None | | | Sell | 1/20 | None | | Expired |
| 30 | Imclone Systems, Inc. Option | D | Div | | | Sell | 4/26 | J | D | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 |
|---|---|---|---|---|---|
| | E=$15,001-$50,000 | F=$50,001- $100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001- $100,000 | M=$100,001-$250,000 |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | |
| 3 | Value Method Codes: Q=Appraisal (See Col. C2) | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 31 Imclone Systems, Inc. Option | D | Div | | | Sell | 4/27 | J | D | |
| 32 Imclone Systems, Inc. Option | D | Div | | | Sell | 4/29 | J | D | |
| 33 Interdigital Communications Option | | None | | | Buy | 1/7 | J | | Expired |
| 34 Interdigital Communications Option | | None | | | Buy | 6/8 | J | | Expired |
| 35 Interdigital Communications Option | | None | J | T | Buy | 11/9 | J | | |
| 36 Interdigital Communications Option | | None | J | T | Buy | 12/21 | J | | |
| 37 Immunogen, Inc. Option | | None | | | Buy | 4/23 | J | | Expired |
| 38 Imclone Systems, Inc. Option | | None | | | Buy | 4/28 | J | | Expired |
| 39 Imclone Systems, Inc. Option | | None | | | Buy | 6/4 | J | | Expired |
| 40 Imclone Systems, Inc. Option | | None | | | Buy | 9/22 | J | | Expired |
| 41 Interdigital Communications | | None | J | T | Buy | 1/5 | J | | |
| 42 Interdigital Communications | | None | J | T | Buy | 1/5 | J | | |
| 43 Interdigital Communications | | None | J | T | Buy | 1/8 | J | | |
| 44 Interdigital Communications | | None | J | T | Buy | 1/8 | J | | |
| 45 Interdigital Communications | | None | J | T | Buy | 1/12 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 |
|---|---|---|---|---|---|
| | E=$15,001-$50,000 | F=$50,001- $100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001- $100,000 | M=$100,001-$250,000 |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal R=Cost (real estate only) U=Book value | S=Assessment V=Other | T=Cash/Market W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Ambrose, Donetta W. | Date of Report<br>5/9/2005 |
|---|---|---|

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br><br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 46 Interdigital Communications | | None | J | T | Buy | 1/14 | J | | |
| 47 Interdigital Communications | | None | J | T | Buy | 1/16 | J | | |
| 48 Interdigital Communications | | None | K | T | Buy | 5/5 | K | | |
| 49 Interdigital Communications | | None | J | T | Buy | 6/30 | J | | |
| 50 Interdigital Communications | | None | J | T | Buy | 12/1 | J | | |
| 51 Interdigital Communications | | None | K | T | Buy | 12/1 | K | | |
| 52 Imclone Systems, Inc.<br>Option | | None | | | Buy | 1/20 | J | | Expired |
| 53 Interdigital Comm | | None | K | T | Buy | 12/22 | J | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>E=$15,001-$50,000<br>F=$50,001- $100,000 | B=$1,001-$2,500<br><br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br><br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br><br>H2=More than $5,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: Q=Appraisal<br>(See Col. C2) | R=Cost (real estate only)<br>U=Book value | S=Assessment<br>V=Other | T=Cash/Market<br>W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br><br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month<br>-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) | |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | | |
| 61 | | | | | | | | | | |
| 62 | | | | | | | | | | |
| 63 | | | | | | | | | | |
| 64 | | | | | | | | | | |
| 65 | | | | | | | | | | |
| 66 | | | | | | | | | | |
| 67 | | | | | | | | | | |
| 68 | | | | | | | | | | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting<br><br>Ambrose, Donetta W. | Date of Report<br><br>5/9/2005 |
|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| 1 | Income/Gain Codes:<br>E=$15,001-$50,000<br>(See Col. B1, D4) | A=$1,000 or less<br><br>F=$50,001- $100,000 | B=$1,001-$2,500<br><br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br><br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br><br>H2=More than $5,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: Q=Appraisal<br>(See Col. C2) | R=Cost (real estate only)<br>U=Book value | S=Assessment<br>V=Other | T=Cash/Market<br>W=Estimated | |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████████          Date ___5-10-05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

| Mail signed original and 3 additional copies to: | Committee on Financial Disclosure |
|---|---|
| | Administrative Office of the |
| | United States Courts |
| | Suite 2-301 |
| | One Columbus Circle, N.E. |
| | Washington, D.C. 20544 |